# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 130 MM 2019 |
| Respondent | : | |
| v. | : | |
| KAMERON EDWARD ORR, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the "Petition for Leave to File for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Petitioner has 30 days from this order in which to submit his Petition for Allowance of Appeal.